IN THE CIRCUIT COURT OF THE 9TH JUDICIAL CIRCUIT, IN AND FOR ORANGE COUNTY, FLORIDA

SIERRA ORLANDO PROPERTIES, LTD.,
a foreign limited partnership, d/b/a CARIBE
ROYALE RESORT SUITES & VILLAS,

      Plaintiff,

vs.                                     CASE NO.: 07-CA-6775

FIRSTINSURE, INC., a Nebraska corporation,
and STEPHEN CONRAD NOLAN, individually,
and d/b/a U.S. INSURANCE NEWS,

      Defendants.

_____/

## AMENDED COMPLAINT FOR BREACH OF CONTRACT

COMES NOW, Plaintiff, SIERRA ORLANDO PROPERTIES, LTD., a foreign limited partnership, d/b/a CARIBE ROYALE RESORT SUITES & VILLAS ("SIERRA"), by and through its undersigned counsel, and sues Defendants, FIRSTINSURE, INC, a Nebraska corporation ("FIRSTINSURE"), and STEPHEN NOLAN, individually and d/b/a U.S. INSURANCE NEWS ("NOLAN"), and as grounds therefore would state as follows:

1.     SIERRA is located in Orange County, Florida and is authorized to do business in the State of Florida.

2.     U.S. INSURANCE NEWS, upon information and belief, is a division of FIRSTINSURE, INC., a Nebraska corporation.

3.     NOLAN is a resident of the State of Nebraska, and is sui juris and does business as U.S. INSURANCE NEWS. NOLAN is being sued individually in the alternative to the extent that he signed the subject Contract in his individual capacity as opposed to in a corporate capacity since

there is no entity known as "U.S. Insurance News" and NOLAN signed the subject Contract on behalf of "U.S. Insurance News" without indicating his title or capacity and signed it as "Stephen Conrad Nolan."

3.      Venue is proper in Orange County, Florida, where the subject contract was entered into, and where payment was to be received by SIERRA.

4.      SIERRA operates two resort suites hotels, the Caribe Royale Resort Suites & Villas and the Buena Vista Suites, both of which cater in large part to the convention trade as well as independent travelers.

5.      This is an action by SIERRA against FIRSTINSURE and NOLAN, in the alternative, for damages in excess of $15,000.00, exclusive of costs, interest, and attorneys' fees.

6.      On or about October 30, 2006, SIERRA entered into that certain Group Booking Contract with FIRSTINSURE and/or NOLAN whereby FIRSTINSURE and/or NOLAN reserved certain suite nights for the period of May 16, 2007, through May 20, 2007, at the Caribe Royale Resort Suites & Villas. FIRSTINSURE and/or NOLAN were given a group rate for this booking and 675 suite nights were reserved at the Caribe Royale Resort Suites & Villas. A copy of this Group Booking Contract is attached hereto, marked as Exhibit "A" and hereinafter incorporated by reference.

7.      Under the heading "COMPLETE CANCELLATION" of the Group Booking Contract it states as follows:

> The Group agrees to provide The Resort with written notice of any decision to cancel or to otherwise essentially abandon its use of the Total Guest Units (a "cancellation") within five (5) business days of such decision. The Group acknowledges that a cancellation would constitute a breach of The Group's obligation to The Resort and The

Resort would be harmed.  If a cancellation occurs, the parties agree that:

(a)   it would be difficult to determine The Resort's actual harm;

(b)   the sooner The Resort receives notice of the cancellation, the lower its actual harm is likely to be, because the probability of mitigating the harm by reselling space and functions is higher; and

(c)   the highest dollar amount in the chart (the "Chart") set forth below reasonably estimates The Resort's harm for a last minute cancellation and, through its use of a sliding scale that reduces damages for earlier Cancellations, the Chart also reasonably estimates The Resort's ability to lessen its harm by reselling The Group's space and functions.

The Group therefore agrees to pay The Resort, within thirty (30) days after any cancellation, as liquidated damages and not as a penalty, the amount listed in the chart below:

| Date of Decision to Cancel | Amount of Liquidated Damages Due |
| --- | --- |
| From Date of Agreement to 180 days prior | $57037.50 or 50% of total rooms |
| From 179 days to 90 days prior | $85,000.00 or 75% of total rooms |
| From 89 days to 0 days prior | $91,600.00 or 100% of total rooms revenue plus food and beverage revenue |

Additionally, The Group liability for any cancellations for the purpose of booking with another hotel will result in 100% of total room revenue.  All cancellation fees are due 30 days from notice of cancellation and liquidated damages will also extend to those commitments agreed to under the Food & Beverage cancellation clause of this agreement.

Provided that The Group timely notifies The Resort of the cancellation and timely pays the above liquidated damages, The Resort agrees not to seek additional damages from The Group relating to the cancellation.

8.   On April 16, 2007, FIRSTINSURE and/or NOLAN cancelled the suite nights it

reserved under the Group Booking Contract for the above-referenced time period.  This cancellation

was less than ninety (90) days from the date of the first reservation, to wit, May 16, 2007.

9.     In accordance with pages 3 and 4 of the Group Booking Contract under the heading "COMPLETE CANCELLATION," the liquidated damage amount due for cancellation of less than ninety days is $91,600.00.

10.     On page 3 under the heading "FOOD AND BEVERAGE MINIMUM OF $10,000.00," it states as follows:

> The Resort is relying upon the food and beverage functions as outlined in this contract.  The F&B minimum is $10,000.00.

11.     All conditions precedent to the institution of this action have been performed, have occurred, or have been waived.

12.     FIRSTINSURE and/or NOLAN have failed and/or refused to pay the sum of $110,000.00.

13.     Under the heading "ADDITIONAL TERMS," subpart (b), of the Group Booking Contract, it states as follows:

> In the event of a dispute among the parties hereto which needs to be resolved by a court of competent jurisdiction, the prevailing party shall be entitled to be reimbursed by the other party for its reasonable attorney's fees and other costs incurred in connection with the action.

14.     FIRSTINSURE and/or NOLAN have breached the Group Booking Contract by their failure and/or refusal to pay the aforementioned sum, for all of which SIERRA has been damaged.

WHEREFORE, SIERRA respectfully requests this Honorable Court enter judgment against FIRSTINSURE or NOLAN for damages in the amount of $110,000.00, costs, interest, attorneys' fees pursuant to subparagraph (b) of "ADDITIONAL TERMS" of the Group Booking Contract in

the event SIERRA is the prevailing party herein, and for any further relief as this Court deems just and equitable.

Dated this _____ day of _____, 2007.

_____
JOHN H. BILL, ESQUIRE
Florida Bar No.: 443890
GODBOLD, DOWNING, SHEAHAN
    & BILL, P.A.
222 W. Comstock Ave., Suite 101
Winter Park, Florida 32789
Telephone: (407) 647-4418
Facsimile: (407) 647-2089
Attorneys for Plaintiff

EXHIBIT "A"

# GROUP BOOKING CONTRACT

SALES MANAGER:   P. Ann Perdue          DATE:   October 30, 2006        RES ID:   CREDT

## DESCRIPTION OF GROUP AND EVENT

The Caribe Royale Orlando located at 8101 World Center Drive, Orlando, FL 32821 (hereafter known as The Resort) is pleased to confirm on a tentative option basis the following arrangements for US Insurance News (hereafter known as The Group) over the dates of May 16, 2007 - May 20, 2007.

**GROUP NAME:**   US Insurance News

**CONTACT:**   Mr. Steve Nolan

**CONTACT TITLE:**

**ADDRESS:**   3701 O Street Suite B2

P.O. Box 30226

**CITY/STATE/ZIP:**   Lincoln, NE  68503-0226

**TELEPHONE:**

**EVENT NAME:**   US Insurance News

**AGENT:**   Mr. Robert Berra

Director of Conferences

c/o Credit Union Conferences

**FAX:**

SUITE BLOCK/DATE:   May 16 - May 20, 2007                    TOTAL SUITE NIGHTS:  675

|        | Wed 05/16 | Thu 05/17 | Fri 05/18 | Sat 05/19 | Sun 05/20 |
|--------|-----------|-----------|-----------|-----------|-----------|
| Suites | 100       | 200       | 200       | 175       | c/o       |

## SUITE RATES

| Queen Double: | $179.00 | Standard King: | $189.00 | King Deluxe: | $199.00 |
|---------------|---------|----------------|---------|--------------|---------|
| Executive Suite: | $304.00 | Villas: | $304.00 | | |

- Suite rates are effective until cutoff date of April 23, 2007 or until the block is full.
- Suite rates effective three (3) days before and after conference dates based on space and rate availability.
- All rates are 10% commissionable to CU Conferences.
- Reservations cancelled within (72) hours of arrival will be charged one night's room & tax, including no-shows.
- One (1) complimentary suite for each 40 sold rooms.  (1/40 comp policy.  This is cumulative.)
- Two (2) upgrades at group rate to Deluxe King Rooms
- Two (2) Welcome amenities complimentary – Caribe's Choice
- One (1) Presidential Suite over and above the 1/40 during meeting dates
- Six (6) speaker rooms at 50% off group rate during meeting dates
- Six (6)  staff rooms at $89 during meeting dates
- Current 2006 Menu Pricing guaranteed for this group
- Room rate includes a $10.00 rebate per room night which will be credited to the Master Account of US Insurance News.

1

## RESERVATIONS CUT-OFF DATE

All reservations must be received on or before **April 23, 2007**. Reservations received after this date will be accepted on a space available basis only, at the Group rate if available. The Resort will hold the unused portion of Group's Suite Block upon written guarantee of payment for the suites by The Group.

## RESERVATIONS METHOD
Individual Call Ins

## PAYMENT METHOD

**Master Account**                                    **Individual Charges**

Food & Beverage & Other                              Incidentals, Room & Tax

## ARRIVAL/DEPARTURE TIME

Check-in after 3:00 p.m.                    Check-out 11:00 a.m.
Early check-in will be accommodated if suites are available. Guest Service will provide luggage storage.

## DISPLACED GUEST CLAUSE:

If any attendees of the US Insurance News are displaced to another hotel property, the Caribe Royale Orlando All Suites Resort & Convention Center will relocate the guest. The guest will be displaced to a hotel of comparable quality and the hotel will pay for transportation, room & Tax for that guest for their first nights stay.

## RESERVATIONS:

Should US Insurance News not make their room block of 600 suites, the US Insurance News will provide a list of those attendees, they believe are staying at the Caribe but do not show up on the US Insurance News master reservation list. The Caribe will then review those names to be sure that US Insurance News/Credit Union Conferences is property credited for rooms consumed.

## DEPOSIT & MASTER ACCOUNT

All deposits are to be sent directly to the Resort's Accounting Department as follows: Caribe Royale Orlando Resort, Attention: Accounting Department, 8101 World Center Drive, Orlando, FL 32821.

Should the Group wish to be billed through a Master Account for the above charges, the Resort will require a completed Application for Direct Billing to be returned with contract. The Group agrees the Resort is not obligated to offer direct billing services under this account until Resort management has notified the Group that direct billing services are approved. Should the Resort determine after establishing direct billing or a deposit schedule that the Group's credit status has changed, the Resort will have the option to require payment of all estimated master account charges no later than fourteen (14) days prior to arrival. Even if direct billing is extended, deposits are required and the payments will be made in accordance with the following schedule:

| DEPOSIT DUE DATE | DEPOSIT AMOUNT |
|---|---|
| 1/31/07 | $ 10,000.00 |

In the event direct billing is established for a portion of the master account, the Group shall review all charges billed to the master account to ensure accurate billing. Payment of all direct billing must be made within thirty (30) days of receipt of a reconciled invoice from the Resort. In the event any charges are disputed, all undisputed charges will be paid within thirty (30) days.

In the event that any charges remain unpaid after thirty (30) days from the date of the invoice, the Group agrees to pay, in addition to the balance due the Resort, a late payment charge equal to the lesser of 1.5% per month or the highest rate permitted by law on the remaining balance until paid in full.

In the event that direct billing privileges are not granted, full prepayment of all estimated Master Account charges must be made fourteen (14) days prior to arrival*. In the event such prepayment is not received by the Resort, the Resort shall have the option of releasing your space by providing the Group written notice, and the Group will remain liable for any cancellation and other similar charges provided in this agreement.

2

\* Any additional charges to the Master Account posted after (5/9/07) must be paid prior to departure provided direct billing has not been approved. Any refunds due will be settled within 10 business days after completion of the convention.

The Master Account can be settled onto a credit card provided by US Insurance News. No transaction fees shall apply should they determine to settle the master account in this manner.

## COMPLIMENTARY ACCOMMODATIONS

The Resort will provide one complimentary suite night, for every forty (40) paid Guest Suites per night. Complimentary suites not used may be applied to the Master Account, as complimentary suites have no monetary value. The Group shall provide to The Resort, seven (7) days prior to their arrival date, a list of those persons to receive complimentary accommodations.

## SUITE ATTRITION

Upon acceptance and signature of this agreement, The Group understands that the contracted total Guest Unit Block and Meeting and Catering space is being reserved for The Group's exclusive use. Partial reduction or attrition of the contracted total Guest Unit Block will result in a substantial loss to The Resort. In the event that this should occur, the following will outline The Group's liability and amount due The Resort as liquidated damages.

The Resort will allow without liability, periodic adjustments to the contracted total Guest Unit Block of 600 suite nights as follows:

| Time Frame for Adjustment | Allowable Reduction |
|---|---|
| 29 days prior to arrival | 20% (120 suite nights) |
| Total: | 20% (120 suite nights) |

Reductions are not retroactive, and if not exercised, are forfeited. The adjustments must be confirmed in writing between The Resort and The Group. With all reductions utilized, should the final Guest Unit pick up materialize at less than 480 suite nights, The Group will be responsible to pay The Resort as liquidated damages the difference between 480 suite nights and the final pick up multiplied by the guaranteed Guest Unit Rate and applicable taxes.

Example:

| | |
|---|---|
| Guest Unit Block | 675 |
| 80% of Original Block | 540 |
| Final pick up | - 538 |
| Variance | 2 |

2 suites X $169.00 rate = $338.00 + 12.5% tax = $380.25 TotalRevenue due to the Resort.

Should The Group elect not to reduce the Guest Unit Block at any of the above time periods, the calculation of attrition will be based on the contracted Guest Unit Block per nights as compared to the final pick up per night. Suites utilized pre and post-contracted dates do not count towards the total suite pick up.

## FOOD AND BEVERAGE MIMIMUM OF $10,000.00

The Resort is relying upon the food and beverage functions as outlined in this contract. The F&B minimum is $10,000.00.

## COMPLETE CANCELLATION

The Group agrees to provide The Resort with written notice of any decision to cancel or to otherwise essentially abandon its use of the Total Guest Units (a "cancellation") within five (5) business days of such decision. The Group acknowledges that a cancellation would constitute a breach of The Group's obligation to The Resort and The Resort would be harmed. If a cancellation occurs, the parties agree that:

(a)  it would be difficult to determine The Resort's actual harm;

(b)  the sooner The Resort receives notice of the cancellation, the lower its actual harm is likely to be, because the probability of mitigating the harm by reselling space and functions is higher; and

(c)  the highest dollar amount in the chart (the "Chart") set forth below reasonably estimates The Resort's harm for a last minute cancellation and, through its use of a sliding scale that reduces damages for earlier Cancellations, the Chart also reasonably estimates The Resort's ability to lessen its harm by reselling The Group's space and functions.

3

The Group therefore agrees to pay The Resort, within thirty (30) days after any cancellation, as liquidated damages and not as a penalty, the amount listed in the chart below.

| Date of Decision to Cancel | Amount of Liquidated Damages Due |
|---|---|
| From Date of Agreement to 180 days prior | $57037.50 or 50% of total rooms |
| From 179 days to 90 days prior | $85,000.00 or 75% of total rooms |
| From 89 days to 0 days prior | $91,800.00 or 100% of total rooms revenue plus food and beverage revenue |

Additionally, The Group liability for any cancellations for the purpose of booking with another hotel will result in 100% of total room revenue. All cancellation fees are due 30 days from notice of cancellation and liquidated damages will also extend to those commitments agreed to under the Food & Beverage cancellation clause of this agreement.

Provided that The Group timely notifies The Resort of the cancellation and timely pays the above liquidated damages, The Resort agrees not to seek additional damages from The Group relating to the cancellation.

## CATERING/CONVENTION SERVICES

The Catering/Convention Services Department will be your main contact for all details involved in your meeting program, recreational coordination, off-site activities and in assisting you with your menu selection.

The Resort will confirm food and beverage prices applicable to Group functions approximately six (6) months prior to the commencement of the event. Applicable taxes and gratuities will be added to all charges for food and beverage functions and meeting room rental. Gratuity charges are currently twenty one percent (21%). Food & Beverage taxes are currently at six and one-half percent (6.5%).

Menu selections must be received by The Resort at least twenty-one (21) days prior to the function. All food and beverage items consumed in banquet rooms, Hotel outlets and Hospitality suites must be purchased from the Hotel. Minimum guarantees for all food and beverage functions must be stated to the Hotel, in writing, at least forty-eight (48) hours prior to the functions with the exception of Monday and Tuesday events, which require a seventy-two (72) hour guarantee. All charges are based upon guarantee, or the actual number of guests served if greater than the guarantee. Hotel will staff and set up to five percent (5%) over the final guarantee (three percent (3%) for functions 750 or greater).

## SIGNS AND BANNERS

No signage or banners may be hung or displayed in any public areas of The Resort other than those associated with the pre-approved exhibit display, registration desk or theme party. Limited signage is permitted in meeting rooms provided it meets the standards established by The Resort. All signage requests must be approved in advance and in writing by the Convention Services Department.

## SALES AND MARKETING

Prior to publication or distribution, any and all advertising or other promotional materials developed, placed or used by Group to promote The Resort using The Resort's trade name, trademarks or logos shall be submitted to The Resort for prior written approval. Failure to do so could result in a suspension in the Agreement until materials are approved.

Hotel reserves the right to cancel this Agreement, should Group misuse any of the trademarks or service marks of The Resort or misrepresent in any advertising, brochure, promotion or press release, information pertaining to The Resort, that may in any way damage The Resort or the image of The Resort in the market place.

## COMPLIMENTARY E-MAIL PROMOTION

New technology available at NO COST to you! The Caribe Royale Resort is pleased to offer new technology to assist you in communicating information about the resort, and even more importantly, to help you manage your attendance to ensure success.

Here's how it works. We develop a customized email blast for you to share with the attendees. While it provides information about the resort and its' amenities and services, it also allows them to book their reservation instantaneously, with a direct link to our reservation system. And if you prefer to work with a rooming list, it can be arranged where reservations come to you directly, and you can forward the final list to us.

This service is provided to your organization at no cost! Our mutual success is important. Ask your sales manager or convention service manager for more details on this great new service.

## SHIPPING AND STORAGE/DISTRIBUTION OF MATERIAL

Deliveries must be arranged in advance with your Convention Service Manager. Due to limited storage facilities, it may be necessary to arrange drayage at the customer's expense. Failure to confirm shipments in advance may result in deliveries being refused. Shipments cannot be received more than five working days prior to arrival. Charges for shipping and storage will be confirmed by your Convention Service Manager.

## PROPERTIES, EQUIPMENT AND SPECIAL SERVICES

Standing podiums, table podiums, easels and portable staging are subject to inventory availability.

Our Convention Services Department can arrange for the rental of the projection and recording equipment, special lighting, exhibit booths, special staging, i.e. rear screen with 24 hour setup, electrical service connections, additional security and other desired equipment or decorations for your specific needs through outside sources.

Currently National Production Services is the approved rigging company for all overhead (ceiling) hanging of truss lighting and sound, and Edlen Electrical Exhibition Services is the exclusive electrical service provider for all additional power needs. Arrangements for both can be made through your Convention Services Manager

The Group agrees to have all concessionaires involved with their program, that require access to Resort property, send an insurance verification showing liability, property damage, and worker's compensation coverage to The Resort before commencement of such activity.

## AUDIO VISUAL

Presentation Services Audio Visual (PSAV) is the official audiovisual supplier located on site at the Caribe Royale Orlando. PSAV provides a complete line of audiovisual rental equipment as well as installation, dismantle, operator and coordination of audiovisual services for association conventions, corporate meetings and special events. A list of equipment and pricing is available upon request. PSAV can be contacted at the Hotel at 407-238-0008. Based on their superior level of service and knowledge of the Caribe Royale we recommend utilizing PSAV.

Should US Insurance News choose another vendor US Insurance News will be responsible for all fees related to using an outside vendor as required by the Hotel's Outside Vendor Guidelines (available upon request). These fees include, but are not limited to, Supervisor fees for load-in and load-out of AV gear and House Audio System Patch fees. The additional fees incurred for these services will be confirmed by your Convention Service Manager.

## AMERICANS WITH DISABILITIES ACT

The Resort represents that it is in compliance with all applicable federal, state and local laws, regulations and orders with regard to the Americans with Disabilities Act of 1991.

With regard to the Americans with Disabilities Act of 1991, The Resort will be responsible for compliance in all common areas, paths of travel and guest rooms while Group will be responsible for providing auxiliary aids and services to disabled persons within meeting/function rooms assigned during Group's event.

Both The Resort and Group each warrant that they will comply with their respective ADA obligations as allocated by the contract and will hold the other harmless from any liability resulting from their breach.

The Resort will specify the number of accessible lodging rooms to Group and will assist in developing contingency arrangements if inadequate space becomes a problem. Group agrees to request its delegates to specify any disabilities in pre-registration applications.

## MEETING SPACE REQUIREMENTS

The Resort agrees to set aside the appropriate meeting space to accommodate your program. The attached schedule of events is as we now understand it. Should you require revisions prior to your meeting, changes will be made based on space availability. Six (6) months prior to group arrival The Resort will require a formal agenda. At that time, unused space may be released to The Resort for its sale or general assignment, and room names will be confirmed. The Resort will not be responsible for any items left in the meeting rooms.

Should the established suite block decrease below ninety percent (80%) of the original block, The Resort reserves the right to review the meeting space and make the appropriate changes in ratio to anticipated attendance. An additional meeting room rental fee may be applied. No meeting room changes will be made without mutual agreement in writing.

## US Insurance News
### 05/17/07 to 05/19/07

| Date | Start Time | End Time | Function | Description | Room | Setup | Exp |
|---|---|---|---|---|---|---|---|
| 05/17/2007 | 1:00 PM | 7:59 AM | General Session | General Session Room Hold | Caribbean III | 24 Hold | |
| 05/17/2007 | 1:00 PM | 4:00 PM | General Session | General Session | Caribbean III | Rounds of 8 | 250 |
| 05/17/2007 | 1:00 PM | 6:00 PM | Setup | Exhibit / Meal Room Setup | Caribbean I & II | Exhibits 8x10 | 25 |
| 05/17/2007 | 6:00 PM | 7:59 AM | Exhibit Show | Exhibit / Meal Room Hold | Caribbean I & II | 24 Hold | |
| 05/17/2007 | 6:00 PM | 7:00 PM | Reception | Reception | Caribbean I & II | Cocktail Seating | 250 |
| 05/18/2007 | 8:00 AM | 9:00 AM | Breakfast | Breakfast / Flow | Caribbean I & II | Buffet | 250 |
| 05/18/2007 | 8:00 AM | 7:59 AM | General Session | General Session Room Hold | Caribbean III | 24 Hold | |
| 05/18/2007 | 8:00 AM | 5:00 PM | Exhibit Show | Exhibit / Meal Room Hold | Caribbean I & II | 24 Hold | |
| 05/18/2007 | 8:00 AM | 5:00 PM | Breakout | Breakout | Boca II | Rounds of 8 | 60 |
| 05/18/2007 | 8:00 AM | 5:00 PM | Breakout | Breakout | Boca III | Rounds of 8 | 60 |
| 05/18/2007 | 8:00 AM | 5:00 PM | Breakout | Breakout | Boca IV | Rounds of 8 | 60 |
| 05/18/2007 | 9:00 AM | 5:00 PM | General Session | General Session | Caribbean III | Rounds of 8 | 250 |
| 05/18/2007 | 12:00 PM | 1:00 PM | Lunch | Lunch / Flow | Caribbean I & II | Buffet | 250 |
| 05/18/2007 | 5:00 PM | 8:00 PM | Teardown | Exhibit / Meal Room Teardown | Caribbean I & II | | |
| 05/19/2007 | 8:00 AM | 9:00 AM | Breakfast | Breakfast | Caribbean I | Rounds of 10 | 250 |
| 05/19/2007 | 8:00 AM | 1:00 PM | General Session | General Session Room Hold | Caribbean III | 24 Hold | |
| 05/19/2007 | 9:00 AM | 1:00 PM | General Session | General Session | Caribbean III | Rounds of 8 | 250 |

## ADDITIONAL TERMS

a) This Agreement shall be governed, construed, and enforced in accordance with the laws of the State of Florida.

b) In the event of a dispute among the parties hereto which needs to be resolved by a court of competent jurisdiction, the prevailing party shall be entitled to be reimbursed by the other party for its reasonable attorney's fees and other costs incurred in connection with the action.

c) Force Majeure:  The performance of this agreement by either party is subject to acts of God, war, terrorism, government regulations, disaster, fire, strikes (hotel or other meeting vendor), civil disorder, public health crisis; reduction in transportation availability or similar cause beyond the control of either party rendering it inadvisable, illegal or impossible to hold the meeting or provide the facility.  Either party, without penalty, may terminate this agreement of any one of such reasons with written notice.

   As well, should any of the events above occur and US Insurance decides to move forward with their meeting, the attrition clause in this contract will immediately be declared null & void.

d) Any changes, additions, stipulations or deletions including corrective lining out by either The Resort or The Group will not be considered agreed to or binding on the other unless such modifications have been initialed or otherwise approved in writing by the other.

e) Neither change of ownership nor management of The Resort or a change of management of The Group relieves either party of the responsibility or obligations of this Agreement.

f) Any unpaid balance that is delinquent thirty (30) days after billing shall accrue interest at the rate of 1 ½% per month or the highest rate permitted by applicable law, whichever is less.

6

Please note:  This contract has been sent to you on a first option basis.  If another organization requests the subject dates, you will be given 48 hours notice to make a commitment via a signed contract or forfeit the space.

This Agreement must be signed by the Group's authorized representative and received by the Resort by October 31, 2006.  If a signed original or faxed copy is not received by this date, The Resort reserves the right to withdraw its Agreement and to release all suites; space and arrangements held or made for this event.  The contract will become fully executed when the Group receives a copy of the signed agreement from The Resort.  A facsimile (fax) transmittal of a signed original shall also constitute a legal document.

US Insurance News

_____
Authorized Signature

_____
Please print or type name

_____
Title

_____
Date

Cariba Royale Orlando

_____
P. Ann Perdue
Senior Sales Manager

_____
Date

_____
John Murray
Director of Sales

_____
Date

7